NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TECHNATOMY CORP., et al.,**
*Plaintiffs*

**TRIBILITY LLC,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, GOVCIO, LLC, CGI FEDERAL INC.,**
*Defendants-Appellees*

**DIGIPATHY LLC, MANTECH ADVANCED SYSTEMS INTERNATIONAL, INC., JTECH LLC, BOOZ ALLEN HAMILTON, INC., VETERANS EZ INFO INC., COGNOSANTE MVH, LLC, ECS FEDERAL, LLC, CANOPY HEALTH, LLC, T4 DESIGNS, LLC, RP AND PARTNERS, LLC, SCIENCE APPLICATIONS INTERNATIONAL CORPORATION, VCH PARTNERS LLC, ZETTA SOLUTIONS, LLC,**
*Defendants*

---

2025-1214

---

Appeal from the United States Court of Federal Claims in Nos. 1:24-cv-00451-MRS and 1:24-cv-00530-MRS, Judge Molly R. Silfen.

---

## ON MOTION

---

### O R D E R

Upon consideration of Tribility LLC's motion to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b) and the parties' responses as to the allocation of costs,

IT IS ORDERED THAT:

(1)  The motion is granted to the extent that the appeal is withdrawn.

(2)  Each party shall bear its own costs.

FOR THE COURT



June 25, 2025
     Date

Frances M. McNulty
Chief Deputy Clerk of Court

ISSUED AS A MANDATE:  June 25, 2025